AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

HENRY ORTIZ,

             Plaintiff           ORDER ON APPLICATION
                                         TO PROCEED WITHOUT
   V.                            PREPAYMENT OF FEES

REGINA SCHMIDT                 Case Number: 10-5140(DRD)

            Defendant

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

    ☐ The clerk is directed to file the complaint, and

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: *Diversity jurisdiction is lacking, as Plaintiff is a citizen of New Jersey and defendant Margaret A. Schmidt is a citizen of New Jersey. Also no federal question is at issue as the court lacks the power to intervene in state court proceedings or hear appeals from state court rulings.*

☒ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this  8th  day of  Oct , 2010

                                                _[signature]_
                                                Signature of Judicial Officer

                                                _United States District Court Judge_
                                                Name and title of Judicial Officer